[USAO2012R00724/JCD]

RECEIVED
AUG 24 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 12-cr-567 (JEI) |
| v. | : | 21 U.S.C. §§ 846, 963 |
| RICARDO CASTRO-CALDERON | : | I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE

From at least as early as in or about January 2012, through on or about February 10, 2012, at Newark Liberty International Airport, in the District of New Jersey and elsewhere, defendant

### RICARDO CASTRO-CALDERON

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

In violation of Title 21, United States Code, Section 846.

COUNT TWO

From at least as early as in or about January 2012, through on or about February 10, 2012, at Newark Liberty International Airport, in the District of New Jersey and elsewhere, defendant

RICARDO CASTRO-CALDERON

did knowingly and intentionally conspire and agree with others to import into the United States from a place outside thereof, namely Bogota, Columbia, 1 kilogram or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(b)(1)(A).

In violation of Title 21, United States Code, Section 963.

A TRUE BILL

FOREPERSON

Paul J. Fishman/rah
PAUL J. FISHMAN
United States Attorney

2

CASE NUMBER: 12Cr 562 (JEI)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

Ricardo Castro-Calderon

# INDICTMENT FOR

21 U.S.C. §§ 846, 963.

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

JUSTIN C. DANILEWITZ
ASSISTANT U.S. ATTORNEY
973-645-2891

USA-48AD 8
(Ed. 1/97)